NETLEY OFFICES, INC., Appellant, *v.* BURGUNDY REALTY CORPORATION, et al., Respondents.

(Submitted October 9, 1934; decided October 26, 1934.)

*Abraham B. Hertz* and *Harold Siegel* for appellant.
*Jacob F. Raskin* and *George Robinson* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.